**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00169-CR
### No. 05-13-00171-CR

**LESLIE JO ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-25151-X, F09-71586-X**

## ORDER

The Court **REINSTATES** the appeals.

On June 19, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We have not received the findings, but on October 3, 2013, appellant, who is representing herself, filed a motion to dismiss the appeals. Therefore, in the interest of expediting the disposition of the cases, we **VACATE** the June 19, 2013 order requiring findings.

The Court will dispose of appellant's motion to dismiss the appeals in due course.


/s/      DAVID EVANS
          JUSTICE